UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PAYNE,<br><br>        Petitioner,<br><br>        v.<br><br>SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN,<br><br>        Respondent. | 1:06-cv-00722-AWI-TAG-HC<br><br>ORDER DENYING MOTION FOR APPOINTMENT OF COUNSEL<br>(Doc. 4) |

Petitioner has requested the appointment of counsel. There currently exists no absolute right to appointment of counsel in habeas proceedings. See e.g., Anderson v. Heinze, 258 F.2d 479, 481 (9th Cir.), cert. denied, 358 U.S. 889 (1958); Mitchell v. Wyrick, 727 F.2d 773 (8th Cir.), cert. denied, 469 U.S. 823 (1984). However, Title 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice so require." See Rule 8(c), Rules Governing Section 2254 Cases.

In the present case, the Court does not find that the interests of justice require the appointment of counsel at the present time. Petitioner's grounds for requesting the appointment of counsel is that petitioner is indigent and "has no visable [sic] means of retaining counsel on appeal." (Doc. 4). Indigence is a circumstance common to virtually all habeas petitioners; however, it is does not, by itself, justify the appointment of counsel. Accordingly, IT IS HEREBY ORDERED that petitioner's request for appointment of counsel (Doc. 4), is DENIED.

IT IS SO ORDERED.

Dated:   **July 17, 2006**               **/s/ Theresa A. Goldner**
**j6eb3d**                                UNITED STATES MAGISTRATE JUDGE