IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LESLIE PAYNE, | ) | 1:06-cv-00722-AWI-TAG-HC |
| | ) | |
| Petitioner, | ) | ORDER TO SUBMIT NEW |
| | ) | APPLICATION TO PROCEED IN |
| vs. | ) | FORMA PAUPERIS AND CERTIFIED |
| | ) | COPY OF TRUST ACCOUNT |
| SUPERIOR COURT OF THE STATE OF | ) | STATEMENT **OR** PAY FILING FEE |
| CALIFORNIA, COUNTY OF KERN, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of mandate/prohibition together with an application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, petitioner's application to proceed in forma pauperis was not submitted on the proper form and did not include the required signature by an authorized officer of the institution of incarceration. Additionally, petitioner has not filed a certified copy of petitioner's prison trust account statement for the six month period immediately preceding the filing of the petition. See 28 U.S.C. § 1915(a)(2). Petitioner will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of petitioner's trust account statement **or** pay the $5.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to petitioner the form for application to proceed in forma pauperis.

1

2.   Within thirty (30) days of the date of service of this order, petitioner shall submit a completed application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement for the six month period immediately preceding the filing of the petition, or in the alternative, pay the $5.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

Dated:   **July 17, 2006**                                                    **/s/ Theresa A. Goldner**
**j6eb3d**                                                                          UNITED STATES MAGISTRATE JUDGE

2