IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PAYNE, | 1:06-cv-00722-AWI-TAG-HC |
| Petitioner, | |
| vs. | ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS |
| SUPERIOR COURT OF CALIFORNIA, COUNTY OF KERN, | (Docs. 2 & 8) |
| Respondent. | |

Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner has filed an application to proceed in forma pauperis and a certified copy of petitioner's prison trust account statement. Examination of these documents reveals that petitioner is unable to afford the costs of this action. Accordingly, the motion to proceed in forma pauperis (Docs. 2, 8), is GRANTED. See 28 U.S.C. § 1915.

IT IS SO ORDERED.

Dated:  **August 11, 2006**                                         /s/ Theresa A. Goldner
**j6eb3d**                                                                    UNITED STATES MAGISTRATE JUDGE