# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LESLIE PAYNE,<br><br>  Petitioner,<br><br>  v.<br><br>SUPERIOR COURT OF KERN COUNTY, et al.,<br><br>  Respondents. | 1:06-cv-00722-LJO-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 14)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

On December 18, 2007, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed because the petition failed to state a federal claim and because of Petitioner's failure to exhaust his state court remedies. (Doc. 14). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. On January 2, 2008, Petitioner filed objections to the Magistrate Judge's Findings and Recommendations. (Doc. 15).

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.     The Findings and Recommendation, filed December 18, 2006 (Doc. 14), is ADOPTED IN FULL;

2.     This petition for writ of habeas corpus (Doc. 1), is DISMISSED; and

3.     The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:**    **January 25, 2008**               **/s/ Lawrence J. O'Neill**
                                                           UNITED STATES DISTRICT JUDGE